SARAH HODES, Respondent, v. NATHAN HODES, Appellant.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of ROSARIO RESCA, Respondent, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Appellants.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur. [See *post*, p. 972.]

In the Matter of HARRY BASS et al., Appellants, against GEORGE M. BRAGALINI, as Commissioner of Taxation and Finance and President of State Tax Commission, et al., Respondents.—

Present — Foster,
P. J., Bergan, Coon, Halpern and Zeller, JJ. [207 Misc. 1055.] [See *post*, p. 979.]

(July 8, 1955.)

TRIO DISTRIBUTOR CORPORATION et al., Respondents, v. BOARD OF HEALTH OF THE ALBANY COUNTY HEALTH DISTRICT et al., Appellants.—

Foster,
P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.

FOURTH DEPARTMENT, JULY, 1955.

(July 14, 1955.)

WILLIAM L. WEBB, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31734.) —